UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. OTERO; SAMMY SANTIAGO,

               Plaintiff,

-against-

P.S.A.4 PRECINCT WHOLE; MAYOR; ALL STAFF IN TOTAL,

               Defendants.

24-CV-6084 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiffs Michael A. Otero and Sammy Santiago bring this action *pro se*. To proceed with a civil action in this court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

      Plaintiff Otero submitted an IFP application but Plaintiff Santiago did not. Accordingly, within thirty days of the date of this order, Santiago must either pay the $405.00 in fees or submit the attached IFP application. If Santiago submits the IFP application, it should be labeled with docket number 24-CV-6084. If the Court grants the IFP applications, Plaintiffs will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

      No summons shall issue at this time. If Santiago complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Santiago fails to comply with this order within the time allowed, his claims will be dismissed from the action without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 14, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge