UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. OTERO; SAMMY SANTIAGO,

                    Plaintiff,

        -against-

P.S.A.4 PRECINCT WHOLE, *et al.*,

                    Defendants.

24-CV-6084 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 14, 2024, the Court directed Plaintiff Sammy Santiago, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of his claims. Santiago has not filed an IFP application or paid the fees. Accordingly, the Court dismisses his claims without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court directs the Clerk of Court to terminate Sammy Santiago from this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    September 24, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge